DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NATASHA WENDY HODGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0202

_____

February 20, 2026

Appeal from the County Court for Hillsborough County; Monique M. Scott, Judge.

Blair Allen, Public Defender, and Greg Bushn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.